**Derrick D. HUMPHREY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40501.**

Missouri Court of Appeals, Western District.

Aug. 8, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 3, 1989.

Application to Transfer Denied Nov. 14, 1989.

John E. Cash, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and SHANGLER and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from a denial of a Rule 27.26 motion to set aside a conviction for possession of a weapon upon the premises of a correctional institution, in violation of § 217.360.1(4), RSMo Supp.1984.

Judgment is affirmed. Rule 84.16(b).